**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSE E. TAVAREZ,**

**Plaintiffs,**

**-against-**

**BRANDON LEE CASTO,**

**Defendant.**

**22-cv-9651 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

Nearly four years ago, Plaintiff and Defendant United States, after being substituted for Defendant Jenny Stephens, agreed to a joint stipulation of dismissal. Defendant Castro never appeared in this action. Plaintiff never made any attempt to seek a default judgment against Castro. Therefore, it appears that the entire matter has been resolved.

It is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**